# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 25, 2023

Lyle W. Cayce
Clerk

No. 22-20322
Summary Calendar

Aisha Wright,

*Plaintiff—Appellant*,

*versus*

Union Pacific Railroad Company,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-203

Before Higginbotham, Graves, and Ho, *Circuit Judges*.

Per Curiam:*

Aisha Wright appeals the District Court's order granting summary judgment in favor of her former employer, Union Pacific Railroad, on her employment discrimination claim.

We review that summary judgment ruling *de novo*, applying the same standard as the district court in the first instance. *Davis v. Fort Bend Cty.*, 765

---

* This opinion is not designated for publication. See 5th Cir. R. 47.5.

No. 22-20322

F.3d 480, 484 (5th Cir.2014). We interpret all facts and draw all reasonable inferences in favor of the nonmovant. *Ion v. Chevron USA, Inc.*, 731 F.3d 379, 389 (5th Cir.2013). Summary judgment is appropriate only when the record reveals "no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." FED.R.CIV.P. 56(a).

Upon review of the parties' briefs and the record, we find no reversible error in the district court's determination that Wright failed to establish that Union Pacific's legitimate, nondiscriminatory reason for her termination was a pretext for discrimination. Wright's remaining arguments and requests are not properly before this court.  We therefore affirm the district court's order granting summary judgment to Union Pacific. The judgment of the district court is AFFIRMED.